# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:  TERMINATION OF LEGACY ANTITRUST JUDGMENTS IN THE WESTERN DISTRICT OF OKLAHOMA | No.   **CIV-19-517-PRW** |

*Consolidating:*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOTION PICTURE THEATRE OWNERS OF OKLAHOMA,<br><br>Defendant; | Equity No. 1005 |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GRIFFITH AMUSEMENT COMPANY, ET AL.,<br><br>Defendants; | No. 172-Civil |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br>REED ROLLER BIT COMPANY,<br>ET AL.,<br><br>　　　　　Defendants; | Civil Action No. 66-248 |
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br>AMATEUR SOFTBALL<br>ASSOCIATION OF AMERICA, ET AL.,<br><br>　　　　　Defendants. | Civil Action No. 73-883-D |

## MOTION OF THE UNITED STATES TO TERMINATE LEGACY ANTITRUST JUDGMENTS

The United States moves to terminate the judgments in each of the four above-captioned antitrust cases pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. As explained in the accompanying Memorandum in Support of the Motion of the United States to Terminate Legacy Antitrust Judgments, the United States has concluded that

because of their age and changed circumstances since their entry, these decades-old judgments no longer serve to protect competition. The United States gave the public notice and the opportunity to comment on its intent to seek termination of the judgments in the above-captioned cases; it received no comments opposing termination. For these and other reasons explained in the accompanying memorandum, the United States requests that these judgments be terminated.

Respectfully submitted,

Dated: June 6, 2019

_____
Mark A. Merva
Antitrust Division
United States Department of Justice
450 Fifth Street, NW
Washington, DC 20530
Phone: (202) 616-1398
Email: mark.merva@usdoj.gov